IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | |
|---|---|
| Janet Argrow and Berlinda Adams, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Orangeburg County School District, <br><br> Defendant | C.A. No. 5:24-cv-1433-SAL <br><br> **NOTICE OF REMOVAL** |

**TO:   THE HONORABLE JUDGES OF THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA, ORANGEBURG DIVISION:**

Defendant, Orangeburg County School District ("District"), by way of removal, pursuant to 28 U.S.C. § 1331, § 1441(a), and § 1446(a), (b), and (d), would respectfully show unto this Court:

1. This action was commenced by the filing of a Summons and Complaint on February 23, 2024, in the Court of Common Pleas, Orangeburg County, State of South Carolina. Said action is now pending in the Court of Common Pleas of Orangeburg County, State of South Carolina. The Summons and Complaint were served on Defendant Orangeburg County School District on February 28, 2024.

2. This action is now pending in the Court of Common Pleas for Orangeburg County, South Carolina, which is located within the Orangeburg Division of this Court.

3. The Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA"), the False Claims Act, 31 U.S.C. § 3730(h) (the "FCA"), and a claim pursuant to state law, the South Carolina Payment of Wages Act.

1

4. Thirty days have not elapsed since the receipt of the Complaint by the District upon whom it has been served and one year has not elapsed since the commencement of this action. The District has not answered or pled responsively to the Complaint yet.

5. Pursuant to 28 U.S.C. § 1441(a), a defendant may remove to the District Court of the United States, for the district and division embracing the place where such action is pending, any civil action brought in a state court of which the district courts of the United States have original jurisdiction.

6. By virtue of 28 U.S.C. §§ 1331 and 1343(a), the United States District Court has original jurisdiction of any civil action for a claim arising under the Constitution of the United States and for claims alleging the deprivation of rights allegedly established by federal laws. This Court, therefore, has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §§ 1331 and 1343, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1367.

7. This Court has supplemental jurisdiction over Plaintiffs' state law claim which derives from a common nucleus of operative facts with the federal law claims under 28 U.S.C. § 1367(a).

8. By virtue of the foregoing, Defendant hereby removes this action to the United States District Court for the District of South Carolina, Orangeburg Division.

9. Defendant files herewith in this Court a copy of all process, pleadings and orders served by or upon them in this action, as part of the Notice of Removal, which consists of the Summons and Complaint dated February 23, 2024 and the Acceptance of Service form showing the date on which the Plaintiff served the Summons and Complaint on Defendant. These items are attached as **Exhibit A** to this Notice of Removal.

10. No further proceedings have been had herein in the Court of Common Pleas, Orangeburg County, State of South Carolina.

11. Defendant will give written notice that this Notice of Removal has been filed and shall provide a copy of the Notice of Removal to Plaintiffs' counsel and the Clerk of Court for Orangeburg County, South Carolina, from which this action is removed. A copy of said Notice of Filing of Notice of Removal is attached hereto as **Exhibit B**. A duplicate copy of this Notice will be filed with the Clerk of Court of Orangeburg County, State of South Carolina, as provided in 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendants pray that this Notice of Removal be accepted as sufficient for removal of this action to this Court.

Respectfully submitted,

HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA

By:  s/ Allen D. Smith
     Allen D. Smith, Fed. I.D. No. 5465
     asmith@hmwlegal.com

     Connie P. Jackson, Fed. I.D. No. 6616
     cjackson@hmwlegal.com

     P.O. Box 11367
     Columbia, South Carolina 29211
     (803) 254-4035

     **Attorneys for Defendant Orangeburg County School District**

March 25, 2024

Columbia, South Carolina

3

# Exhibit A

# Exhibit B

## CERTIFICATE OF SERVICE BY MAIL

The undersigned of Halligan Mahoney Williams Smith Fawley & Reagle, PA, hereby certifies that she has served the following counsel of record with the foregoing **NOTICE OF REMOVAL** by Mailing via U.S. Postal Service and E-Mailing a copy of same to the following attorneys on this 25th day of March, 2024:

Shannon Polvi, Esquire
shannon@cromerbabb.com

Jacob Modla, Esquire
jake@cromerbabb.com

CROMER BABB & PORTER, LLC
Post Office Box 11675
Columbia, SC  29211


_____
J. Delphine Bigony